**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | |
| **TAMMY ELIZABETH WILLIS** | ) | **CASE NO: 11-35417** |
| | ) | **Chapter 13 to 7** |
| | ) | |
| **Debtor** | ) | |

### DEBTORS' CONVERSION SCHEDULES

Come the Debtor, by and through counsel, and would show unto the Court as follows:

1. No property was acquired by the debtor after the commencement of the Chapter 13 before the entry of the conversion order**.**

2. No executory contracts were entered into or assumed after the commencement of the Chapter 13 Case of the entry of conversion order.

3. The Debtor(s) have incurred the following additional debts since the filing of the Chapter 13 petition prior to the entry of the Order of Conversion: **See Attached.**

| **Creditor:** | **Acct No.:** | **Amount:** |
|---|---|---|
| Apple Health & Wellness<br>4307 Ball Camp Pike<br>Knoxville, TN 37921-3133 | xxxx4840 | $483.82 |
| Greater Knoxville Ear, Nose & Throat<br>c/o Revenue Recovery Corp.<br>P.O. Box 50250<br>Knoxville, TN 37950-0250 | xxxx3423 | $381.14 |
| Greater Knoxville Ear, Nose & Throat<br>1932 Alcoa Hwy., Ste. 160<br>Knoxville, TN 37920 | Same as above | |

I, **TAMMY ELIZABETH WILLIS**, declare under penalty of perjury that I have read the foregoing Conversion Schedules and to the best of my knowledge, information and belief, that the foregoing is true and correct.

**DATED** 11th day of September, 2013.

/s/ **Tammy Elizabeth Willis**
**TAMMY ELIZABETH WILLIS**

/s/ Richard M. Mayer, #5534
/s/ John P. Newton, #010817
Attorney for Debtors
1111 Northshore Drive
STE S-570
Knoxville, TN 37919
(865) 588-5111
mayerandnewton@mayerandnewton.com

### CERTIFICATE OF SERVICE

We, certify that a true and correct copy of the foregoing Conversion Schedules have been served to the following by Electronic Case Filing (ECF) and / or by United States Postal Service, this 12th day of September, 2013.

**Patty Foster** (ECF)
**Attorney for the U.S. Trustee**
**Howard H. Baker, Jr. U.S. Courthouse**
**800 Market St., Ste. 114**
**Knoxville, TN 37902**

**Chapter 7 Trustee** (ECF)

/s/ Richard M. Mayer, #5534
Attorney At Law
**/s/ John P. Newton, #010817**
Attorney At Law

S:\USR\DJG\Conversions\WILLIS tammy conv sched.wpd