B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Tammy Elizabeth Willis**           Case No.   **3:11-bk-35417**
_____
                     Debtor(s)          Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Fidelity** | Describe Property Securing Debt:<br>**2007 Hyundai Tiburon** |
|---|---|

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                   ■ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**HSBC Auto Finance** | Describe Property Securing Debt:<br>**2009 Kawasaki Ninja** |
|---|---|

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                   ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**HSBC Auto Finance - Yamaha** | **Describe Property Securing Debt:**<br>**2009 Yamaha Motorcycle** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **9/11/2013**

Signature   **/s/ Tammy Elizabeth Willis**

**Tammy Elizabeth Willis**

Debtor

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **TAMMY ELIZABETH WILLIS** | ) | **CASE NO: 11-35417** |
| | ) | |
| **Debtor** | ) | **Ch. 7** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the attached Statement of Intentions has been sent via Electronic Case Filing (ECF) and / or has been forwarded by United States Postal Service, postage pre-paid to the following:

**Patricia Foster**                                                    **(ECF)**
**Attorney for the U.S. Trustee**
**Howard H. Baker, Jr. U.S. Courthouse**
**800 Market Street    Ste. 114**
**Knoxville, TN 37902**


**Chapter 7 Trustee**                                             **(ECF)**

**Fidelity**
**P.O. Box 105075**
**Atlanta, GA 30348-5075**

**HSBC Auto Finance**
**P.O. Box 5253**
**Carol Stream, IL 60197-5253**

**HSBC Auto Finance - Yamaha**
**P.O. Box 5253**
**Carol Stream, IL 60197-5253**


**Dated: 9/12/2013**                                       /s/ Richard M. Mayer, #5534
                                                                    /s/ John P. Newton, #010817
                                                                    Attorney for Debtors
                                                                    1111 Northshore Drive
                                                                    STE S-570
                                                                    Knoxville, TN  37919
                                                                    (865) 588-5111
                                                                    mayerandnewton@mayerandnewton.com