**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE  AT KNOXVILLE**

In re    **TAMMY ELIZABETH WILLIS**                                           **CASE NO: 11-35417**

**Debtor**

**AMENDED**

Rule 2016(b) - Statement of Attorney Compensation

Chapter: 13 to 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(s)**

1. Pursuant to 11 U.S.C. sec. 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................................ $4,662.50
   Prior to filing of this statement, I have received................................................. $4,662.50
   Balance Due............................................................................................................ $0.00

2. The source of the compensation paid to me was:

   $3,662.50  for Chapter 13, $1,000.00 for Chapter 7 and paid as follows:
   $3,662.50  From Debtors Chapter 13 Plan, by the Chapter 13 Trustee.
   $1,000.00  From Debtors Earnings Paid.

3. The source of compensation to be paid me is:

   *Any monies received from Chapter 13 Trustee shall be applied to balance.  Any amounts not paid by Chapter 13 Trustee, shall be waived by our office.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions:       None

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Any contested matters in this Chapter 7 case, including Adversary Proceedings, Objections to Exemptions and objections to Discharge and Dischargeability with be charged additional attorney fees at the rate of $250.00 per hour.

Redemption $250; Amendments $75; Trustee Negotiations $100; Contested Motions /Adv Proc $250 hr; Reappearance at 341 $150; Avoid judgment liens $150; Misc ltrs $50; E-mail/faxes/creditors $50; Re-Open of closed case due to Clients failure to complete pre-discharge class $660.

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**Date: 9/11/2013**    /s/ Richard M. Mayer, #5534
　　　　　　　　　　　　**/s/ John P. Newton, #010817**
　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　1111 Northshore Drive
　　　　　　　　　　　　STE S-570
　　　　　　　　　　　　Knoxville, TN 37919
　　　　　　　　　　　　(865) 588-5111

S:\USR\DJG\Conversions\WILLIS tammy atty fee conversion.wpd